NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELBERT HICKS,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2014-3017

---

Petition for review of the Merit Systems Protection Board in No. PH-3443-12-0485-I-1.

---

**ON MOTION**

---

Before LOURIE, MOORE, and REYNA, *Circuit Judges.*

PER CURIAM.

## O R D E R

The United States Postal Service moves without opposition to dismiss Elbert Hicks's appeal from the Merit Systems Protection Board ("Board").

Any petition for review of a Board decision must be filed within 60 days after the Board issues notice of its final order or decision. 5 U.S.C. § 7703(b)(1)(A). The

petition for review must be received by this court before the expiration of § 7703(b)(1)(A)'s filing deadline. *Pinat v. Office of Pers. Mgmt.*, 931 F.2d 1544, 1546 (Fed. Cir. 1991) (citing Fed. R. App. P. 15(a), 25(a)). The 60-day period for appeal is "statutory, mandatory, [and] jurisdictional." *Monzo v. Dep't of Transp.*, 735 F.2d 1335, 1336 (Fed. Cir. 1984).

Mr. Hicks sought our review of Board adjudications in two separate cases. He failed to file a petition for review before the statutory deadline for either case. Because this court did not receive a timely-filed petition for review, we have no authority to decide his case.

Accordingly,

IT IS ORDERED THAT:

(1)   The motion is granted and the case is dismissed.

(2)   Each side shall bear its own costs.


                                        FOR THE COURT

  November 26, 2014         /s/ Daniel E. O'Toole
        Date                Daniel E. O'Toole
                            Clerk of Court


C:  Elbert Hicks
    Daniel S. Herzfeld, Trial Attorney